RECEIVED DEC 16 2025 BY MAIL

FILED DEC 16 2025 U.S. DISTRICT COURT EASTERN DISTRICT OF MO ST. LOUIS

Federal court of the eastern District of Missouri
St. Louis Division

David C. Lettieri
    Plaintiff

-against-                              Index No. _____
                                       4:25-cv-01836-CMS

Keete group
Bureau of prisons
Federal medical center Devens
B. Cinnatu
D. English
S. Gonduluz
    Defendants                         Complaint

The plaintiff acting pro se as for a verified complaint herein respectfully alleges as follow:

1. The plaintiff is forced to stay at Federal medical center Devens under a false charge at P.O. Box 879 ayer, Ma 01432

2. The defendants Federal medical center Devens, B. Cinnatu, D. English and S. Gonduluz is located at P.O. Box 879 ayer, Ma 01432.

3. The defendants Keete group is located at 10880 Lin Pare Place, Saint Louis MO 63132.

4. The defendant Bureau of prisons is located at 400 First street, NW 4th floor, Washington D.C. 20504

5. This complaint is in regards to a movie that was purchased from the score it Device. The name of the movie was called Belfast

6. The movie was a young Boy and his working class past family experience the tumultuous late 1960s

7. The main actress is Ide hill

8. The main actor is Lewis McAskie

9. It was rated TV-17

10. The duration was one hour and thirty-eight mins.

11. It was made in 2021.

12. The movie was purchase on Feburury 26, 2025

13. The matter of events were odd. The plaintiff had purchased the movie, in which the next day when ready to watch it was in essense cancelled and the money was taken, in which the plaintiff didn't watch the movie. Thus it was money wrongfully taken.

14. The plaintiff had no way of getting a refund because of the defendant policies and unable to commucate.

15. On march 27, 2025 B. Cinnatu, D. English, and S. Gondaluz had a meeting with the plaintiff in which was about filing grievenes. With that the plaintiff was threaten if continue to do such would be transfer to a possible more dangerous Facility where could be stabbed because of a paralyzed vocial cord or limited on the grievencies Filed

16. Since then the plaintiff was thrown in special housing unit for Fifty-eights days on a false ticket. In those days had cough up blood to where medical didnt care and had been assaulted to were wrist had Bleed.

### As for a First cause of action
### Breach of contract

17. Since it was rightfully purchased in which to have in essence a click in the software had breach a contract, as such is unjust.

### As for a second cause of action
### Breach of Duty cure

18. The defendants had a duty of care not to have any defects In the programing that Is for the tablets In which the ending of the movie without warning had Breach a Duty of care.

### As for a third cause of action
### abuse of process

19. The plaintiff Because of the threats made Is unable to do the administrative remedies In which such Be claim by the Defendants under Title 42 united States code 1997(e).

### As For a Fourth cause of action
### Massachuetts General Law 12 11-1
### civil right torts

20. By the threats made by Defendants B. Cinnata and O. English had put the plaintiff In a Great Deal of Fear that had obstructed the plaintiff First amendment of Free Speech, Fifth amendment due process and First amendment access to the courts.

### As for a Fifth cause of action
### conversion

21. By the movie not playing the defendants had converted the payment Into there own use thus a conversion had happen.

Wherefore the plaintiff demands Judyment as follow:

1. On the First cause of action, damages In the sum of $25,000 for Breach of contract.

2. On the second cause of action, damages in the sum of $25,000 for Breach of Duty care.

3. On the third cause of action, damages in the sum of $150,000 for abuse of process

4. On the fourth cause of action, damages in the sum of $75,000 for Masschetts General Law 1211-1.

5. On the fifth cause of action, damages in the sum of $10,000 for conversion

6. For all other, such, just, equitable the courts may see fit and proper.


The plaintiff states all facts to be true and accuracy under the penalty of perjury from the best of knowledge,

Thank you,

/s/

David C. Lettieri